NICHOLAS G. VASKOV, Bar No. 8298
North Las Vegas Acting City Attorney
CHRIS DAVIS, Bar No. 6616
Deputy City Attorney
2225 Civic Center Drive, #228
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

Attorneys for Defendants North Las Vegas
Police Department, City of North Las Vegas
and Police Officer B. Brucken

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| TIEFFA BURKE and LUIS MOORE,<br><br>Plaintiffs,<br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; POLICE OFFICER B. BRUCKEN, individually, and in his official capacity as a police officer employed by the NLVPD; the SPRING POINT CONDOMINIUM COMPLEX; the SPRING POINT HOMEOWNER'S ASSOCIATION; MR. FRANCIS MOTEN; DOE SECURITY OFFICERS, I-X; and JOHN DOES I-X, inclusive,<br><br>Defendants. | Case No.  2:09-cv-00304-BES-PAL<br><br>JUDGMENT |

The above-entitled matter having come before the Court for entry of Judgment pursuant to the Stipulation and Order (the "Stipulation") by Plaintiff Tieffa A. Burke and Defendants, City of North Las Vegas, North Las Vegas Police Department and Barney Brucken, and having considered the Stipulation and all papers, pleadings and documents on file herein, and the Court being fully advised,

. . .

. . .

00019359.WPD; 1 PD-0929

1  IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action against the
2  City of North Las Vegas, North Las Vegas Police Department and Barney Brucken is DISMISSED
3  WITH PREJUDICE, with each party bearing its own costs and attorneys' fees incurred herein.

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

DATED: 12-14-2011

Submitted by:

NORTH LAS VEGAS CITY ATTORNEY

By: *[signature]*
Nicholas G. Vaskov, NV Bar No. 9298
Chris Davis, NV Bar No. 6616
2225 Civic Center Drive, #228
North Las Vegas, NV 89030

Attorneys for Defendants
City of North Las Vegas,
North Las Vegas Police Department,
and Barney Brucken